No. 25-1068

_____

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

Joshua F. Young,
Plaintiff-Appellant,
v.

Colorado Department of Corrections; Moses "Andre" Stancil; Jill Hunsaker Ryan,
Defendants-Appellees.

On Appeal from the United States District Court for the District of Colorado,
No. 23-cv-01688-NYW-SBP
The Honorable Nina Y. Wang

---

**MOTION TO WITHDRAW AS COUNSEL FOR AMICUS CURIAE
YOUNG AMERICA'S FOUNDATION AND CERTIFICATION OF
NOTICE TO CLIENT BY MADISON LEIGH HAHN**

---

Madison Leigh Hahn of Young America's Foundation moves the Court for

permission to withdraw as counsel for Young America's Foundation. Hahn certifies

that the client has been appraised of this motion, and the client does not object.

The client has other counsel retained that will continue to represent it in this

matter.

**FOR THESE REASONS**, in reliance on the argument and supporting facts

set forth above, Madison Hahn respectfully asks the Court to grant this motion to

withdraw.

1

Respectfully submitted this 19 day of February 2026.

/s/ Madison Leigh Hahn
Madison Leigh Hahn
Young America's Foundation
11480 Commerce Park Dr, STE 600
Reston, VA 20191
(800) 872-1776
madisonlhahn@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 19th day of February 2026, the foregoing was electronically served via CM/ECF on all parties who have entered an appearance in this matter via their counsel of record.

/s/ Madison Hahn